# Exhibit 2

| US10749620 | MBC Shahid ("The accused instrumentality") |
|---|---|
| 1. A server device that communicates with a user device associated with a user, where the user device receives content information that describes content that is broadcasted by an entity server, the server device comprising:<br><br>**Col 25, 26: lines 62-67, 1:**<br><br>*Station profile 800 may store previous content information 803 c, which may identify content that has been broadcasted by broadcast station 150. For example, previous content information 803 c may include a content name, artist, author, date, start time, end time, duration, previous* | The accused instrumentality discloses a server device (e.g., server of the accused instrumentality) that communicates with a user device (e.g., user device such as smartphone, laptop, etc. enabled with the accused instrumentality) associated with a user, where the user device (e.g., user device such as smartphone, laptop, etc. enabled with the accused instrumentality) receives content information (e.g., video content information such as content name, duration, date, start time, end time, artist, etc.) associated with content (e.g., video content) that is broadcasted by an entity server (e.g., entity server such as MBC Shahid Originals broadcaster, MBC Live TV broadcaster, etc.).<br><br>As shown below, the accused instrumentality is a pay-TV network and streaming service that provides live and on-demand video content to users. When a user device enabled with the accused instrumentality sends a request to play video content, the server of the accused instrumentality identifies whether the content belongs to the STARZ Originals profile or the STARZ TV profile. Based on identification, it fetches content to the user and thereby enabling the user to access and play the video content. The content includes information such as content name, duration, date, start time, end time, artist, etc. associated with it. |

*schedule, show, etc. and/or any other information associated with content that has been broadcasted by broadcast station 150.*



https://shahid.mbc.net/en

https://play.google.com/store/apps/details?id=net.mbc.shahid&hl=en_US



### MBC Shahid
About this app                                                             ✕

Welcome to MBC Shahid – Your Ultimate Entertainment Destination

Dive into the world of endless entertainment with MBC Shahid, the leading platform for the best Arabic Originals, exclusive series, blockbuster movies, live TV, sports, and so much more. Whether you're watching for free or subscribing to one of MBC Shahid's packages, you'll gain unlimited access to a world of premium content tailored just for you.

https://play.google.com/store/apps/details?id=net.mbc.shahid&hl=en_US

## What is Shahid?

Shahid is the number 1 global entertainment platform for Arabs in the Middle East & North Africa (MENA) and worldwide.

As the first video-on-demand (VOD) service in the Arab world, powered by the MBC Group, Shahid offers the largest Arabic library of content in the world as well as Western, Turkish, Korean and Bollywood titles. This includes award-winning Shahid Originals, exclusive premieres, movies fresh off the box-office, documentaries and live TV channels in HD.

In addition, viewers can live stream or replay their favorite sports content and events, as well as watch concerts as they happen direct from Riyadh Season and more. Shahid also has a whole range of safe, engaging, educational and culturally aware content for kids.

Shahid's mission is to find and create stories that move Arabs, society and the world. Our goal is to push, elevate and promote Arabic entertainment on the global stage while supporting local and regional talent in telling their own stories on our platform.

Viewers can enjoy watching a great selection of content on Shahid without subscription, or they can subscribe to one of the packages and unlock a whole world of premium entertainment and sports.

Shahid content is available through the Shahid application on mobile devices, smart TVs and on Shahid.net.

https://shahid.mbc.net/en/hub/promo/SHAHID_VIP?productId=SHAHID_VIP_GEA



https://play.google.com/store/apps/details?id=net.mbc.shahid&hl=en_US



https://shahid.mbc.net/en/livestream

https://shahid.mbc.net/en/livestream



https://shahid.mbc.net/en/livestream



https://shahid.mbc.net/en

https://shahid.mbc.net/en/movies/Before-We-Forget/movie-920141



https://shahid.mbc.net/en/series/Hmoud-Wa-Abouh-season-1/season-49923265297973-49923265288506



https://shahid.mbc.net/en/player/episodes/Hmoud-Wa-Abouh-season-1-episode-1/id-49923265297225

| | |
|---|---|
| one or more processors executing instructions to: receive, from the user device, a request for a copy of the content, the request including a first identifier associated with the content, information associated with the user device, and information associated with the | The accused instrumentality discloses one or more processors (e.g., processor of the accused instrumentality server) executing instructions to: receive, from the user device (e.g., user device enabled with the accused instrumentality), a request (e.g., request to play the video) for a copy of the content (e.g., video content), the request (e.g., request to play the video) including a first identifier (e.g., program name, duration, artist, etc.) associated with the content (e.g., video content), information (e.g., user name, email address, login credentials, a type of user subscription, etc.) associated with the user device (e.g., user device enabled with the accused instrumentality), and information (e.g., entity server name such as MBC Shahid Originals, MBC Live TV, etc.) associated with the entity server (e.g., entity server such as MBC Shahid Originals broadcaster, MBC Live TV broadcaster, etc.). |

| | |
|---|---|
| entity server;<br><br>**Col 27: lines 56-65:**<br><br>*Capture button **904** may enable a user to capture content. For example, in the event that a user desires to capture the content being broadcast (e.g., John Doe's Love Song, as in FIG. 9), <u>a user may select capture button **904** (e.g. a single button), which may cause user device **110** to send a request for content to application server **160**. As further described below, user device **110** may receive an identifier, a key, and/or authorization associated with the content (enable user device **110** to access and play the content)</u> and/or a copy of the* | As shown below, the accused instrumentality is a pay-TV network and streaming service that provides live and on-demand video content to users. When a user device enabled with the accused instrumentality performs login and sends a request to play the video content by clicking the play button, the processor of the accused instrumentality server receives a request from a user device enabled with the accused instrumentality to access video content from MBC Live TV, MBC Shahid Originals, etc., the request includes information associated with the video content (e.g., program name, duration, artist, etc.) as well as information associated to the user device (e.g., username, email address, login credentials, and subscription type), and information associated to the entity server (e.g., server name, etc.).<br><br>**What is Shahid?**<br><br>Shahid is the number 1 global entertainment platform for Arabs in the Middle East & North Africa (MENA) and worldwide.<br><br>As the first video-on-demand (VOD) service in the Arab world, powered by the MBC Group, Shahid offers the largest Arabic library of content in the world as well as Western, Turkish, Korean and Bollywood titles. This includes award-winning Shahid Originals, exclusive premieres, movies fresh off the box-office, documentaries and live TV channels in HD.<br><br>In addition, viewers can live stream or replay their favorite sports content and events, as well as watch concerts as they happen direct from Riyadh Season and more. Shahid also has a whole range of safe, engaging, educational and culturally aware content for kids.<br><br>Shahid's mission is to find and create stories that move Arabs, society and the world. Our goal is to push, elevate and promote Arabic entertainment on the global stage while supporting local and regional talent in telling their own stories on our platform.<br><br>Viewers can enjoy watching a great selection of content on Shahid without subscription, or they can subscribe to one of the packages and unlock a whole world of premium entertainment and sports.<br><br>Shahid content is available through the Shahid application on mobile devices, smart TVs and on Shahid.net.<br><br>https://shahid.mbc.net/en/hub/promo/SHAHID_VIP?productId=SHAHID_VIP_GEA |

| | |
|---|---|
| *content such that it is available to the user.*<br><br>**Col 16: lines 37-48:**<br><br>*User profile module 511 may enable application server 160 to create and/or maintain a profile associated with a user and/or user device 110 (hereinafter, "user profile") from which information associated with a user, user device 110, content, and/or ad content, may be received. Such a user profile may include user information (e.g., a name of user, an address of the user, a user email address, a sim URI, etc.), information associated with user device 110 (e.g., a network address,* | <br><br>**Offered by**<br>MBC Group<br><br>**Compatibility for your active devices ***<br><br><br><br>**Version**<br>7.117.0<br><br>**Compatibility**<br>Works on your device<br><br>https://play.google.com/store/apps/details?id=net.mbc.shahid&hl=en_US |

*Internet Protocol (IP) address, a mobile directory number, an electronic serial number, etc.), an account number, a type of user subscription, etc. as further described herein.*

**Col 25, 26: lines 62-67, 1:**

*Station profile 800 may store previous content information 803 c, which may identify content that has been broadcasted by broadcast station 150. For example, previous content information 803 c may include a content name, artist, author, date, start time, end time, duration, previous schedule, show, etc. and/or any other information associated with content that has*



a request for copy of the content

https://shahid.mbc.net/en/livestream

been broadcasted by broadcast station *150*.

<u>Col 20: lines 30-36:</u>

<u>Station server *120* may also, or alternatively, provide information associated with the station (e.g., name, station frequency, address, broadcast area, genre, etc.) and/or station server *120* (e.g., an IP address, MAC address, uniform resource locator (URL), an electronic serial number (ESN), etc.) to application server *160*.</u>



a request for copy of the content

https://shahid.mbc.net/en/series/Hmoud-Wa-Abouh-season-1/season-49923265297973-49923265288506



https://shahid.mbc.net/en/player/episodes/Hmoud-Wa-Abouh-season-1-episode-1/id-49923265297225



https://shahid.mbc.net/en/series/Hmoud-Wa-Abouh-season-1/season-49923265297973-49923265288506

https://shahid.mbc.net/en/series/Hmoud-Wa-Abouh-season-1/season-49923265297973-

49923265288506



https://shahid.mbc.net/en/movies/Before-We-Forget/movie-920141



https://shahid.mbc.net/en/livestream



https://shahid.mbc.net/en/livestream



https://shahid.mbc.net/en/hub/promo

## How can I subscribe to any of the available packages?

You can subscribe to Shahid packages by visiting Shahid.net or downloading the Shahid app.

Here are the simple steps you can follow to subscribe to your preferred package:

- Choose your package based on the content you want to watch
- Sign up or log in using your email or mobile number
- Select your preferred payment method
- Enter your payment details and confirm your subscription

https://shahid.mbc.net/en/hub/promo/SHAHID_VIP



https://shahid.mbc.net/en/hub/login

## How can I login to my MBC Shahid account?

**To access your MBC Shahid account on your smartphone or tablet, simply follow these steps:**

1. If you're using the website, go to www.shahid.net/login. If you're using the MBC Shahid Mobile app, click on the face icon.

2. Enter your registered email address or mobile number and your password.

3. Once you've entered your credentials, you are all set to enjoy MBC Shahid's content.

https://help.shahid.mbc.net/s/article/How-can-I-login-to-my-Shahid-account?language=en_US

## 2. What personal data do we collect about you?

Personal data is any information relating to natural persons who can be identified, directly or indirectly. We may collect, use, store and transfer the following types of personal data:

- Identity Data: First name, Last name, date of birth, gender

- Contact Details: email address, telephone number

- Location Data: Approximation of geographical information about the user's device's location

https://shahid.mbc.net/en/privacy-policy

## 4. Why do we collect and process your personal data?

We collect and process your Personal Data for the following purposes:

- when it is necessary for the performance of a contract with you or in order to take steps at your request prior to entering into a contract, particularly:

  ○ To provide you with the services you request from us; allow you the use of online forms, surveys, including our services that do not require any form of registration; allow you to sign up for certain services, such as newsletters, information feeds, SMS updates or to create an account in which case, we will ask for Personal Data, such as your name, email address, or telephone number.

https://shahid.mbc.net/en/privacy-policy



| | |
|---|---|
| obtain a user profile associated with the user device by matching the information associated with the user device to first information stored in | The accused instrumentality discloses obtaining a user profile (e.g., user account profile), associated with the user device (e.g., user device enabled with the accused instrumentality), by matching the information (e.g., user name, email address, login credentials, a type of user subscription, etc.) associated with the user device (e.g., user device enabled with the accused instrumentality) to first information (e.g., user name, email address, login credentials, a type of user subscription, etc.) stored in the user profile |

| | |
|---|---|
| the user profile;<br><br>**Col 16: lines 37-48:**<br><br>*User profile module 511 may enable application server 160 to create and/or maintain a profile associated with a user and/or user device 110 (hereinafter, "user profile") from which information associated with a user, user device 110, content, and/or ad content, may be received. Such a user profile may include user information (e.g., a name of user, an address of the user, a user email address, a sim URI, etc.), information associated with user device 110 (e.g., a network address, Internet Protocol (IP)* | (e.g., user account profile).<br><br>As shown below, the accused instrumentality is a pay-TV network and streaming service that provides live and on-demand video content to users. A user can create an account on the accused instrumentality and select a type of subscription, such as VIP or VIP BigTime. When a user device enabled with the accused instrumentality performs login and sends a request to the server to play the video content, the processor of the accused instrumentality server obtains a user profile associated with the user device by matching the information associated with the user device such as the username, email address, login credentials, subscription type, etc. with the information stored in the user profile to authorize access to the video content.<br><br>**What is Shahid?**<br><br>Shahid is the number 1 global entertainment platform for Arabs in the Middle East & North Africa (MENA) and worldwide.<br><br>As the first video-on-demand (VOD) service in the Arab world, powered by the MBC Group, Shahid offers the largest Arabic library of content in the world as well as Western, Turkish, Korean and Bollywood titles. This includes award-winning Shahid Originals, exclusive premieres, movies fresh off the box-office, documentaries and live TV channels in HD.<br><br>In addition, viewers can live stream or replay their favorite sports content and events, as well as watch concerts as they happen direct from Riyadh Season and more. Shahid also has a whole range of safe, engaging, educational and culturally aware content for kids.<br><br>Shahid's mission is to find and create stories that move Arabs, society and the world. Our goal is to push, elevate and promote Arabic entertainment on the global stage while supporting local and regional talent in telling their own stories on our platform.<br><br>Viewers can enjoy watching a great selection of content on Shahid without subscription, or they can subscribe to one of the packages and unlock a whole world of premium entertainment and sports.<br><br>Shahid content is available through the Shahid application on mobile devices, smart TVs and on Shahid.net.<br><br>https://shahid.mbc.net/en/hub/promo/SHAHID_VIP?productId=SHAHID_VIP_GEA |

| | |
|---|---|
| *address, a mobile directory number, an electronic serial number, etc.), an account number, a type of user subscription, etc. as further described herein.* |  |



https://shahid.mbc.net/en/movies/Before-We-Forget/movie-920141



https://shahid.mbc.net/en/livestream



https://shahid.mbc.net/en/livestream



https://shahid.mbc.net/en/hub/registration



https://shahid.mbc.net/en/hub/promo

**How can I subscribe to any of the available packages?**

You can subscribe to Shahid packages by visiting Shahid.net or downloading the Shahid app.

Here are the simple steps you can follow to subscribe to your preferred package:

- Choose your package based on the content you want to watch
- Sign up or log in using your email or mobile number
- Select your preferred payment method
- Enter your payment details and confirm your subscription

https://shahid.mbc.net/en/hub/promo/SHAHID_VIP



https://shahid.mbc.net/en/hub/promo/SHAHID_VIP_GEA?productId=SHAHID_VIP



https://shahid.mbc.net/en/hub/promo/SHAHID_VIP?productId=SHAHID_VIP_GEA

## How can I login to my MBC Shahid account?

**To access your MBC Shahid account on your smartphone or tablet, simply follow these steps:**

1. If you're using the website, go to www.shahid.net/login. If you're using the MBC Shahid Mobile app, click on the face icon.

2. Enter your registered email address or mobile number and your password.

3. Once you've entered your credentials, you are all set to enjoy MBC Shahid's content.

https://help.shahid.mbc.net/s/article/How-can-I-login-to-my-Shahid-account?language=en_US



https://shahid.mbc.net/en/hub/login



https://shahid.mbc.net/en



https://play.google.com/store/apps/details?id=net.mbc.shahid&hl=en_US

## 2. What personal data do we collect about you?

Personal data is any information relating to natural persons who can be identified, directly or indirectly. We may collect, use, store and transfer the following types of personal data:

- Identity Data: First name, Last name, date of birth, gender

- Contact Details: email address, telephone number

- Location Data: Approximation of geographical information about the user's device's location

https://shahid.mbc.net/en/privacy-policy

## 4. Why do we collect and process your personal data?

We collect and process your Personal Data for the following purposes:

- when it is necessary for the performance of a contract with you or in order to take steps at your request prior to entering into a contract, particularly:

  - To provide you with the services you request from us; allow you the use of online forms, surveys, including our services that do not require any form of registration; allow you to sign up for certain services, such as newsletters, information feeds, SMS updates or to create an account in which case, we will ask for Personal Data, such as your name, email address, or telephone number.

https://shahid.mbc.net/en/privacy-policy

 Personal info

Email address and Phone number

Data collected and for what purpose ⓘ

**Email address**

App functionality, Analytics, Developer communications, Advertising or marketing, Fraud prevention, security, and compliance, Account management

**Phone number**

App functionality, Analytics, Developer communications, Advertising or marketing, Fraud prevention, security, and compliance, Account management

https://play.google.com/store/apps/datasafety?id=net.mbc.shahid&hl=en_US



https://shahid.mbc.net/en/series/Hmoud-Wa-Abouh-season-1/season-49923265297973-49923265288506



https://shahid.mbc.net/en/player/episodes/Hmoud-Wa-Abouh-season-1-episode-1/id-49923265297225

| | |
|---|---|
| obtain an entity profile, associated with the entity server, by matching the information associated with the entity server to second information stored in the entity profile;<br><br>**Col 20: lines 30-36:** | The accused instrumentality discloses obtaining an entity profile (e.g., MBC Shahid Originals profile, MBC Live TV profile, etc.), associated with the entity server (e.g., entity server such as MBC Shahid Originals broadcaster, MBC Live TV broadcaster, etc.), by matching the information (e.g., entity server name such as MBC Shahid Originals, MBC Live TV, etc.) associated with the entity server (e.g., entity server such as MBC Shahid Originals broadcaster, MBC Live TV broadcaster, etc.) to second information (e.g., entity server name such as MBC Shahid Originals, MBC Live TV, etc.) stored in the entity profile (e.g., MBC Shahid Originals profile, MBC Live TV profile, etc.).<br><br>As shown below, the accused instrumentality is a pay-TV network and streaming service that provides live and on-demand video content to users. When a user device requests to |

| | |
|---|---|
| *Station server 120 may also, or alternatively, provide information associated with the station (e.g., name, station frequency, address, broadcast area, genre, etc.) and/or station server 120 (e.g., an IP address, MAC address, uniform resource locator (URL), an electronic serial number (ESN), etc.) to application server 160.* | play the video content, the processor of the accused instrumentality server receives request information including the entity server associated with the requested content such as entity server name such as MBC Live TV, MBC Shahid Originals, etc., it then matches this information to the information (entity server name) stored in the entity profile to obtain the entity profile for the request content, such as the MBC Shahid Originals profile or the MBC Live TV profile.<br><br><br><br>https://play.google.com/store/apps/details?id=net.mbc.shahid&hl=en_US |



https://play.google.com/store/apps/details?id=net.mbc.shahid&hl=en_US

## What is Shahid?

Shahid is the number 1 global entertainment platform for Arabs in the Middle East & North Africa (MENA) and worldwide.

As the first video-on-demand (VOD) service in the Arab world, powered by the MBC Group, Shahid offers the largest Arabic library of content in the world as well as Western, Turkish, Korean and Bollywood titles. This includes award-winning Shahid Originals, exclusive premieres, movies fresh off the box-office, documentaries and live TV channels in HD.

In addition, viewers can live stream or replay their favorite sports content and events, as well as watch concerts as they happen direct from Riyadh Season and more. Shahid also has a whole range of safe, engaging, educational and culturally aware content for kids.

Shahid's mission is to find and create stories that move Arabs, society and the world. Our goal is to push, elevate and promote Arabic entertainment on the global stage while supporting local and regional talent in telling their own stories on our platform.

Viewers can enjoy watching a great selection of content on Shahid without subscription, or they can subscribe to one of the packages and unlock a whole world of premium entertainment and sports.

Shahid content is available through the Shahid application on mobile devices, smart TVs and on Shahid.net.

https://shahid.mbc.net/en/hub/promo/SHAHID_VIP?productId=SHAHID_VIP_GEA



https://shahid.mbc.net/en/livestream

https://shahid.mbc.net/en/livestream



https://shahid.mbc.net/en/livestream



https://shahid.mbc.net/en

https://shahid.mbc.net/en/movies/Before-We-Forget/movie-920141



https://shahid.mbc.net/en/series/Hmoud-Wa-Abouh-season-1/season-49923265297973-49923265288506



https://shahid.mbc.net/en/player/episodes/Hmoud-Wa-Abouh-season-1-episode-1/id-49923265297225

## 4. Why do we collect and process your personal data?

We collect and process your Personal Data for the following purposes:

- when it is necessary for the performance of a contract with you or in order to take steps at your request prior to entering into a contract, particularly:

  - To provide you with the services you request from us; allow you the use of online forms, surveys, including our services that do not require any form of registration; allow you to sign up for certain services, such as newsletters, information feeds, SMS updates or to create an account in which case, we will ask for Personal Data, such as your name, email address, or telephone number.

https://shahid.mbc.net/en/privacy-policy

| | |
|---|---|
| identify the content, in the entity profile, by matching the first identifier to a second identifier associated with the content stored in the entity profile;<br><br>Col 25, 26: lines 62-67, 1:<br><br>*Station profile 800 may store previous content information 803 c, which may identify content that has been broadcasted by broadcast station 150. For example, previous content information 803 c may include a content name, artist, author, date, start time, end time, duration, previous schedule, show, etc. and/or any other information associated with content that has* | The accused instrumentality discloses identifying the content (e.g., video content), in the entity profile (e.g., MBC Shahid Originals profile, MBC Live TV profile, etc.), by matching the first identifier (e.g., program name, duration, artist, etc.) to a second identifier (e.g., program name, duration, artist, etc. that is stored on MBC Shahid Originals, MBC Live TV, etc. ), associated with the content (e.g., video content) stored in the entity profile (e.g., MBC Shahid Originals profile, MBC Live TV profile, etc.).<br><br>As shown below, the accused instrumentality is a pay-TV network and streaming service that provides live and on-demand video content to users. When a user device requests to play the video content, the processor of the accused instrumentality server receives request information including the entity server associated with the requested content such as entity server name such as MBC Live TV, MBC Shahid Originals, etc., it then matches this information to the information (entity server name) stored in the entity profile to obtain the entity profile for the request content, such as the MBC Shahid Originals profile or the MBC Live TV profile.<br><br>It then identifies the content on the entity account by matching the content name, duration, artist, etc. with the content information already stored on entity account. |

| | |
|---|---|
| *been broadcasted by broadcast station 150.* | **What is Shahid?**<br><br>Shahid is the number 1 global entertainment platform for Arabs in the Middle East & North Africa (MENA) and worldwide.<br><br>As the first video-on-demand (VOD) service in the Arab world, powered by the MBC Group, Shahid offers the largest Arabic library of content in the world as well as Western, Turkish, Korean and Bollywood titles. This includes award-winning Shahid Originals, exclusive premieres, movies fresh off the box-office, documentaries and live TV channels in HD.<br><br>In addition, viewers can live stream or replay their favorite sports content and events, as well as watch concerts as they happen direct from Riyadh Season and more. Shahid also has a whole range of safe, engaging, educational and culturally aware content for kids.<br><br>Shahid's mission is to find and create stories that move Arabs, society and the world. Our goal is to push, elevate and promote Arabic entertainment on the global stage while supporting local and regional talent in telling their own stories on our platform.<br><br>Viewers can enjoy watching a great selection of content on Shahid without subscription, or they can subscribe to one of the packages and unlock a whole world of premium entertainment and sports.<br><br>Shahid content is available through the Shahid application on mobile devices, smart TVs and on Shahid.net.<br><br>https://shahid.mbc.net/en/hub/promo/SHAHID_VIP?productId=SHAHID_VIP_GEA<br><br><br><br>https://shahid.mbc.net/en |



https://shahid.mbc.net/en/series/Hmoud-Wa-Abouh-season-1/season-49923265297973-49923265288506

https://shahid.mbc.net/en/series/Hmoud-Wa-Abouh-season-1/season-49923265297973-49923265288506



https://shahid.mbc.net/en/series/Hmoud-Wa-Abouh-season-1/season-49923265297973-49923265288506



https://shahid.mbc.net/en/player/episodes/Hmoud-Wa-Abouh-season-1-episode-1/id-49923265297225



https://shahid.mbc.net/en/movies/Before-We-Forget/movie-920141



https://shahid.mbc.net/en/livestream



https://shahid.mbc.net/en/livestream

| obtain the copy of the content to enable the user device to access the copy of the content based on the identifying the content in the entity profile; | The accused instrumentality discloses obtaining the copy of the content (e.g., video content) to enable the user device (e.g., user device enabled with the accused instrumentality) to access the copy of the content (e.g., video content) based on the identifying the content (e.g., video content) in the entity profile (e.g., MBC Shahid Originals profile, MBC Live TV profile, etc.).

As shown below, the accused instrumentality is a pay-TV network and streaming service that provides live and on-demand video content to users. When a user device requests to play the video content, the processor of the accused instrumentality server receives |

request information including the entity server associated with the requested content such as entity server name such as MBC Live TV, MBC Shahid Originals, etc., it then matches this information to the information (entity server name) stored in the entity profile to obtain the entity profile for the request content, such as the MBC Shahid Originals profile or the MBC Live TV profile.

It identifies and obtains the video content by matching the content name, duration, artist, etc. with the content information already stored on entity platforms such as MBC Live TV, MBC Shahid Originals, etc.

**What is Shahid?**

Shahid is the number 1 global entertainment platform for Arabs in the Middle East & North Africa (MENA) and worldwide.

As the first video-on-demand (VOD) service in the Arab world, powered by the MBC Group, Shahid offers the largest Arabic library of content in the world as well as Western, Turkish, Korean and Bollywood titles. This includes award-winning Shahid Originals, exclusive premieres, movies fresh off the box-office, documentaries and live TV channels in HD.

In addition, viewers can live stream or replay their favorite sports content and events, as well as watch concerts as they happen direct from Riyadh Season and more. Shahid also has a whole range of safe, engaging, educational and culturally aware content for kids.

Shahid's mission is to find and create stories that move Arabs, society and the world. Our goal is to push, elevate and promote Arabic entertainment on the global stage while supporting local and regional talent in telling their own stories on our platform.

Viewers can enjoy watching a great selection of content on Shahid without subscription, or they can subscribe to one of the packages and unlock a whole world of premium entertainment and sports.

Shahid content is available through the Shahid application on mobile devices, smart TVs and on Shahid.net.

https://shahid.mbc.net/en/hub/promo/SHAHID_VIP?productId=SHAHID_VIP_GEA



https://play.google.com/store/apps/details?id=net.mbc.shahid&hl=en_US



https://shahid.mbc.net/en/livestream

https://shahid.mbc.net/en/livestream



https://shahid.mbc.net/en/livestream



https://shahid.mbc.net/en

https://shahid.mbc.net/en/series/Hmoud-Wa-Abouh-season-1/season-49923265297973-49923265288506



https://shahid.mbc.net/en/movies/Before-We-Forget/movie-920141

| | |
|---|---|
| | ## 4. Why do we collect and process your personal data?<br><br>We collect and process your Personal Data for the following purposes:<br><br>• when it is necessary for the performance of a contract with you or in order to take steps at your request prior to entering into a contract, particularly:<br><br>○ To provide you with the services you request from us; allow you the use of online forms, surveys, including our services that do not require any form of registration; allow you to sign up for certain services, such as newsletters, information feeds, SMS updates or to create an account in which case, we will ask for Personal Data, such as your name, email address, or telephone number.<br><br>https://shahid.mbc.net/en/privacy-policy |
| send, to the user profile, a notification indicating that the user device is authorized to access to the content. | The accused instrumentality discloses sending to the user profile (e.g., user account profile), a notification (e.g., access to play the video content) indicating that the user device (e.g., user device enabled with the accused instrumentality) is authorized (e.g., authorized based on type of subscription, etc.) to access to the content (e.g., video content). |
| **Col 27: lines 56-65:**<br><br>*Capture button 904 may enable a user to capture content. For example, in the event that a user desires to capture the content being broadcast (e.g., John Doe's Love Song, as in FIG. 9), a* | As shown below, the accused instrumentality is a pay-TV network and streaming service that provides live and on-demand video content to users. When a user device requests to play the video content, the processor of the accused instrumentality server receives request information including the entity server associated with the requested content such as entity server name such as MBC Live TV, MBC Shahid Originals, etc., it then matches this information to the information (entity server name) stored in the entity profile to obtain the entity profile for the request content, such as the MBC Shahid Originals profile or the MBC Live TV profile.<br><br>It then identifies the content on the entity account by matching the content name, |

user may select capture button *904* (e.g. a single button), which may cause user device *110* to send a request for content to application server *160*. As further described below, user device *110* may receive an identifier, a key, and/or authorization associated with the content (enable user device *110* to access and play the content) and/or a copy of the content such that it is available to the user.

Col 27: lines 45-52:

In one non-limiting example, in the event that the content is leased and/or rented, the key may be associated with a lease that expires after a period of time. Expiration

duration, artist, etc. with the content information already stored on entity account. Based on obtained content i.e., premium content, and user profile i.e., VIP user, it will identify the content and provide authorization to the user to access/play the content.

### What is Shahid?

Shahid is the number 1 global entertainment platform for Arabs in the Middle East & North Africa (MENA) and worldwide.

As the first video-on-demand (VOD) service in the Arab world, powered by the MBC Group, Shahid offers the largest Arabic library of content in the world as well as Western, Turkish, Korean and Bollywood titles. This includes award-winning Shahid Originals, exclusive premieres, movies fresh off the box-office, documentaries and live TV channels in HD.

In addition, viewers can live stream or replay their favorite sports content and events, as well as watch concerts as they happen direct from Riyadh Season and more. Shahid also has a whole range of safe, engaging, educational and culturally aware content for kids.

Shahid's mission is to find and create stories that move Arabs, society and the world. Our goal is to push, elevate and promote Arabic entertainment on the global stage while supporting local and regional talent in telling their own stories on our platform.

Viewers can enjoy watching a great selection of content on Shahid without subscription, or they can subscribe to one of the packages and unlock a whole world of premium entertainment and sports.

Shahid content is available through the Shahid application on mobile devices, smart TVs and on Shahid.net.

https://shahid.mbc.net/en/hub/promo/SHAHID_VIP?productId=SHAHID_VIP_GEA

| | |
|---|---|
| *of the key may preclude user device 110 from decoding the content, playing the content, downloading or streaming the content, or may cause an indicator and/or notification (that indicates that access has been granted to the content) to be removed from the user profile.* |  |

https://play.google.com/store/apps/details?id=net.mbc.shahid&hl=en_US



https://shahid.mbc.net/en/hub/registration

## How can I login to my MBC Shahid account?

**To access your MBC Shahid account on your smartphone or tablet, simply follow these steps:**

1. If you're using the website, go to www.shahid.net/login. If you're using the MBC Shahid Mobile app, click on the face icon.

2. Enter your registered email address or mobile number and your password.

3. Once you've entered your credentials, you are all set to enjoy MBC Shahid's content.

https://help.shahid.mbc.net/s/article/How-can-I-login-to-my-Shahid-account?language=en_US



https://shahid.mbc.net/en/hub/login



https://shahid.mbc.net/en



https://play.google.com/store/apps/details?id=net.mbc.shahid&hl=en_US



https://shahid.mbc.net/en/hub/promo

## How can I subscribe to any of the available packages?

You can subscribe to Shahid packages by visiting Shahid.net or downloading the Shahid app.

Here are the simple steps you can follow to subscribe to your preferred package:

- Choose your package based on the content you want to watch
- Sign up or log in using your email or mobile number
- Select your preferred payment method
- Enter your payment details and confirm your subscription

https://shahid.mbc.net/en/hub/promo/SHAHID_VIP



https://shahid.mbc.net/en/hub/promo/SHAHID_VIP_GEA?productId=SHAHID_VIP



https://shahid.mbc.net/en/hub/promo/SHAHID_VIP?productId=SHAHID_VIP_GEA



https://shahid.mbc.net/en/movies/Before-We-Forget/movie-920141



https://shahid.mbc.net/en



https://shahid.mbc.net/en/series/Hmoud-Wa-Abouh-season-1/season-49923265297973-49923265288506



https://shahid.mbc.net/en/livestream



https://shahid.mbc.net/en/livestream



https://shahid.mbc.net/en/livestream/MBC1/livechannel-387238



https://shahid.mbc.net/en/livestream

## 2. What personal data do we collect about you?

Personal data is any information relating to natural persons who can be identified, directly or indirectly. We may collect, use, store and transfer the following types of personal data:

- Identity Data: First name, Last name, date of birth, gender

- Contact Details: email address, telephone number

- Location Data: Approximation of geographical information about the user's device's location

https://shahid.mbc.net/en/privacy-policy

## 4. Why do we collect and process your personal data?

We collect and process your Personal Data for the following purposes:

- when it is necessary for the performance of a contract with you or in order to take steps at your request prior to entering into a contract, particularly:

  - To provide you with the services you request from us; allow you the use of online forms, surveys, including our services that do not require any form of registration; allow you to sign up for certain services, such as newsletters, information feeds, SMS updates or to create an account in which case, we will ask for Personal Data, such as your name, email address, or telephone number.

https://shahid.mbc.net/en/privacy-policy



https://play.google.com/store/apps/datasafety?id=net.mbc.shahid&hl=en_US